

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2025

No. 04-25-00279-CV

**IN RE TOYOTA MOTOR MANUFACTURING TEXAS, INC.**

**ORDER**[1]

Sitting:    Lori I. Valenzuela, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

On May 28, 2024, relator filed a notice of interlocutory appeal. On May 14, 2025, after determining relator was not entitled to an interlocutory appeal, we dismissed relator's appeal and construed its pleadings as a petition for writ of mandamus. After considering the petition and the record, relator's petition for writ of mandamus is denied as moot. Relator's motions for rehearing and en banc reconsideration are denied as moot.

It is so **ORDERED** on September 3, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2023-CI-25553, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.